UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HANNA HARP,

        Plaintiff,                              Case No. 2:18-cv-11602-BAF-RSW

v.                                          Honorable Bernard A. Friedman

SYNCHRONY BANK,

        Defendant.
_____/

HADOUS|CO. PLLC
Nemer N. Hadous (P82285)
1 Parklane Blvd., Suite 729 East
Dearborn, Michigan 48126
(313) 415-5559 (direct)
(888) 450-0687 (facsimile)
nhadous@hadousco.com
Attorneys for Plaintiff

## NOTICE OF SETTLEMENT

Plaintiff Hanna Harp, ("Plaintiff"), by counsel, and pursuant to Mich. LR 41.1, respectfully submits this Notice of Settlement with Defendant Synchrony Bank ("Defendant") (collectively, the "Parties"), stating:

    1.    The Parties have agreed to the essential terms of settlement.

    2.    The Parties anticipate the settlement process will take approximately 30 days to finalize, and will promptly file a Stipulation and Proposed Order of Dismissal once the settlement is finalized.

RESPECTFULLY SUBMITTED this 7th day of August 2018,

    HADOUS|CO. PLLC

    /s/Nemer N. Hadous
    Nemer N. Hadous (P82285)
    1 Parklane Blvd., Suite 729 East
    Dearborn, Michigan 48126
    (313) 415-5559 (direct)
    (888) 450-0687 (facsimile)
    nhadous@hadousco.com
    Attorneys for Plaintiff Harp

## CERTIFICATE OF SERVICE

I hereby certify on August 7, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

RESPECTFULLY SUBMITTED this 7th day of August 2018,

    HADOUS|CO. PLLC

    /s/Nemer N. Hadous
    Nemer N. Hadous (P82285)
    1 Parklane Blvd., Suite 729 East
    Dearborn, Michigan 48126
    (313) 415-5559 (direct)
    (888) 450-0687 (facsimile)
    nhadous@hadousco.com
    Attorneys for Plaintiff Harp