UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HANNA HARP,

        Plaintiff,                      Case No. 2:18-cv-11602-BAF-RSW

v.                                        Honorable Bernard A. Friedman

SYNCHRONY BANK,

        Defendant.
_____/

HADOUS|CO. PLLC
Nemer N. Hadous (P82285)
1 Parklane Blvd., Suite 729 East
Dearborn, Michigan 48126
(313) 415-5559 (direct)
(888) 450-0687 (facsimile)
nhadous@hadousco.com
Attorney for Plaintiff

## STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT SYNCHRONY BANK WITH PREJUDICE

Plaintiff Hanna Harp, ("Plaintiff"), and Defendant Synchrony Bank ("Defendant"), by counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), respectfully submit this stipulation of dismissal of Defendant, with prejudice, and without costs or attorney fees to either party.

Since there are no other defendants, this dismissal fully resolves this action.

2

**RESPECTFULLY SUBMITTED** this 27th day of September 2018,

| HADOUS|CO. PLLC | SEGAL MCCAMBRIDGE SINGER & MAHONEY |
|---|---|
| /s/Nemer N. Hadous | /s/Alan J. Taylor (w/consent) |
| Nemer N. Hadous (P82285) | Alan J. Taylor (P51660) |
| Attorney for Plaintiff Harp | Attorney for Defendant Synchrony |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HANNA HARP,

       Plaintiff,                   Case No. 2:18-cv-11602-BAF-RSW

v.                                     Honorable Bernard A. Friedman

SYNCHRONY BANK,

       Defendant.
_____/

## ORDER OF DISMISSAL OF DEFENDANT SYNCHRONY BANK WITH PREJUDICE

The Court having received the parties' Stipulation of Dismissal, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant Synchrony Bank shall be dismissed with prejudice and without costs or attorney fees awarded to either party.

**SO ORDERED.**

Dated: September 28, 2018        s/Bernard A. Friedman
Detroit, Michigan                      BERNARD A. FRIEDMAN
                                         SENIOR UNITED STATES DISTRICT JUDGE